UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE DOE,

Plaintiff,

v.

BOSTON CELTICS et al.,

Defendants.

Civil Action No. 26-cv-14933-LTS

FINAL ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated November 5, 2026, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 11/5/2026

By the Court,

/s/ Samantha Dore
Deputy Clerk